TERNER BROS., INC., Respondent, *v.* GLICKSTEIN & TERNER, INC., Appellant.

(Submitted October 26, 1933; decided November 21, 1933.)

*Irwin Isaacs* and *Martin E. Raphael* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.